# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Dwight A. Rudisill,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:22-mc-00015-MR-WCM |
| | ) | 4:98-cr-00212-MR-1 |
| vs. | ) | |
| | ) | |
| **United States of America,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 26, 2022 Order.

May 26, 2022

*[signature]*

Frank G. Johns, Clerk
United States District Court